UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AARON JACKSON,

        Plaintiff,        Case No. 1:14-cv-837

v.        Honorable Paul L. Maloney

DANIEL H. HEYNS et al.,

        Defendants.

_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because his allegations either fail to state a claim or are frivolous.


Dated:   September 10, 2014       /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge